UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>        v.<br><br>193,169.0653 USDT SEIZED FROM<br>BINANCE ACCOUNT ASSOCIATED<br>WITH USER ID XXXX8768<br>ON JUNE 19, 2023; AND<br><br>11,146.8079 USDT AND 18.9649 BTC<br>SEIZED FROM BINANCE ACCOUNT<br>ASSOCIATED WITH USER<br>ID XXXX1519 ON JUNE 19, 2023,<br><br>        Defendants *in Rem*. | Civil Action No.: 23-12843-DJC |

## **WARRANT AND MONITION**

To:    The United States Secret Service, or its designee

<u>You</u> <u>Are</u> <u>Hereby</u> <u>Commanded</u> to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property, described as:

    a.    193,169.0653 USDT[1] seized from a Binance account associated with User ID XXXX8768 seized on June 19, 2023; and

    b.    11, 146.8079 USDT and 18.9649 BTC[2] seized from a Binance account associated with User ID XXXX1519 seized on June 19, 2023;

(collectively, the "Defendant Property").

This Court has found probable cause for forfeiture of the Defendant Property. Accordingly, you

---

[1] "USDT" is the abbreviation for Tether, a blockchain-based cryptocurrency whose tokens operate as a stablecoin, indicating that each token is equivalent in value to one U.S. dollar.

[2] "BTC" is the abbreviation for Bitcoin.

are hereby directed to serve, and give notice of the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Property via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Victim 1
Cambridge, MA

Victim-2
Holliston, MA

R.V.
Bellingham, WA

L.S.
Cayman Islands

Y.W.
Cayman Islands

Binance
P. O. Box 472,
Harbour Place, 2nd Floor, North Wing,
103 South Church Street,
George Town, Grand Cayman, KY1-1106

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand; or by any other reasonable means, such as electronic service.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Property or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY RAQUELLE L. KAYE,

UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY RAQUELLE L. KAYE, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.

THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE ADDRESSED TO THE ATTORNEY GENERAL, SHALL BE SWORN TO BY THE PETITIONER OR BY THE PETITIONER'S ATTORNEY UPON INFORMATION AND BELIEF, SUPPORTED BY THE CLIENT'S SWORN NOTICE OF REPRESENTATION PURSUANT TO 28 U.S.C. 1746, AS SET FORTH IN § 9.9(g); AND SHALL BE SUBMITTED TO THE ATTENTION OF ASSISTANT UNITED STATES ATTORNEY RAQUELLE L. KAYE, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200,

BOSTON, MASSACHUSETTS 02210.

                                                Robert M. Farrell, Clerk
                                                U.S. District Court

                                 By:   /s/ Lisa M. Hourihan
                                        Deputy Clerk

                                     Date:  December 4, , 2023

APPROVED AND SO ORDERED:

/s/ Denise J. Casper
United States District Judge

Date:  December 4, 2023