# EXHIBIT A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cambridge, MA 02141

9590 9402 8384 3156 9248 41

2. Article Number (Transfer from service label)
022 0410 0003 4186 6659

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$ 7022 0410 0003 4186 6659

Cambridge, MA 02141

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 4186 6659



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cambridge, MA 02141

9590 9402 8384 3156 9224 89

2. Article Number (Transfer from service label)
589 0710 5270 0121 5821 47

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$ 9589 0710 5270 0121 5821 47

Cambridge, MA 02141

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0121 5821 47



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Holliston, MA 01746

9590 9402 8384 3156 9224 96

2. Article Number (Transfer from service label)

7005 1160 0001 3068 8644

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery

12/26/23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

USMS SCREENED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  7005 1160 0001 3068 8644
Street, Apt. No.; or PO Box No.
City, State, ZIP   Holliston, MA 01746

PS Form 3800, June 2002    See Reverse for Instructions

7005 1160 0001 3068 8644

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Holliston, MA 01746

9590 9402 8384 3156 9248 34

2. Article Number (Transfer from service label)

7022 0410 0003 4186 6642

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery

12/4/23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postmark Here

Postage
$

Total Postage and Fees
$   7022 0410 0003 4186 6642

Sent To
Street
City, S   Holliston, MA 01746

7022 0410 0003 4186 6642



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bellingham, WA 98225

9590 9402 8384 3156 9248 27

2. Article Number *(Transfer from service label)*

7022 0410 0003 4186 6635

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$  7022 0410 0003 4186 6635

Sent To

Bellingham, WA 98225

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bellingham, WA 98225

9590 9402 8384 3156 9224 72

2. Article Number *(Transfer from service label)*

7005 1160 0001 3068 8651

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

Postage    $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees    $

Sent To

Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

Bellingham, WA 98225

PS Form 3800, June 2002    See Reverse for Instructions

**From:** USAMA-Asset Recovery Notice
**To:** Nicholas@virtuecap.net
**Subject:** U.S. v. 193,169.0653 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX8768 ON JUNE 19, 2023 et al (1:23-cv-12843-DJC)
**Date:** Tuesday, December 5, 2023 4:35:00 PM
**Attachments:** 01 Complaint with Corrected Affidavit - ECERTIFIED.pdf
3 Warrant and Monition - ECERTIFIED.pdf

Good Afternoon,

As Ordered in the attached *certified* copy of the Warrant and Monition, the United States is commanded to give notice to all persons concerned of the Verified Complaint for Forfeiture *in Rem*, which has been filed by the United States of America. A copy of the Verified Complaint for Forfeiture *in Rem*, the Affidavit in Support of the Verified Complaint, and the *certified* copy of the Warrant and Monition are all attached. Accordingly, this email notification will serve as the government's official electronic service upon you, as an interested party to this forfeiture action.

Thank you,

*Marquette Velasquez | FSA-ProMinds Paralegal*
*Asset Recovery Unit | United States Attorney's Office*
*One Courthouse Way, Suite 9200 | Boston, MA 02210*

| | |
|---|---|
| **From:** | Mail Delivery Subsystem |
| **To:** | Nicholas@virtuecap.net |
| **Subject:** | Relayed: U.S. v. 193,169.0653 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX8768 ON JUNE 19, 2023 et al (1:23-cv-12843-DJC) |
| **Date:** | Wednesday, December 6, 2023 9:33:27 AM |
| **Attachments:** | U.S. v. 193169.0653 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX8768 ON JUNE 19 2023 et al (123-cv-12843-DJC).msg |

The original message was received at Tue, 5 Dec 2023 21:37:25 GMT
from [10.187.137.62]

   ----- The following addresses had successful delivery notifications -----
&lt;Nicholas@virtuecap.net&gt;  (relayed to non-DSN-aware mailer)
   ----- Transcript of session follows -----
&lt;Nicholas@virtuecap.net&gt;... relayed; expect no further notifications

ORIGIN ID:BVYA    (617) 748-3345
MARQUETTE VELASQUEZ
DEPT OF JUSTICE/EOUSA
1 COURTHOUSE WAY SUITE 9200
US ATTORNEYS OFFICE
BOSTON, MA 02210 US
SIGN: MARQUETTE VELASQUEZ

SHIP DATE: 05FEB24
ACTWGT: 3.00 LB
CAD: 100065986/INET4535

BILL SENDER
NO EEI 30.37(a)

TO **LIM HOCK SENG**
**NICHOLAS@VIRTUECAP.NET**
**23 LIME TREE BAY AVE**

**GEORGETOWN  KY1102**                    **(KY)**
1                    REF: USAMA-ARU
INV:
PO: USA/SS/MA1/BOST              DEPT:

FedEx
Express

E

TRK# **7750 7634 9229**                    **PM**
0430                                        **IP EOD**

# X5 GCMA                    475
                    -KY  MIA

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To
*Lim Hock Seng*

Street and Apt. No., or PO Box No.
*23 Lime Tree Bay Ave*

City, State, ZIP+4®
*Cayman Islands*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions


FedEx® Tracking


SHOPRUNNER by FedEx.
READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER.
SHOP NOW

**DELIVERY DETAILS**

We'll add a delivery date as soon as your package starts moving.

ON TIME

**DELIVERY STATUS**

Running Late ⚠️

**TRACKING ID**

775076983139 ✏️ ☆ 📋

**FROM**
DEPT OF JUSTICE/EOUSA
MARQUETTE VELASQUEZ
1 COURTHOUSE WAY SUITE 9200 US ATTORNEYS OFFICE
BOSTON, MA US 02210
16177483100

*Label Created*
2/5/24 2:08 PM

**WE HAVE YOUR PACKAGE**
SOUTH BOSTON, MA
2/5/24 4:00 PM



**RUNNING LATE**
GEORGE TOWN KY
3/6/24 12:42 PM

**OUT FOR DELIVERY**
GEORGE TOWN KY
2/7/24 9:03 AM

**READY FOR PICKUP**
GEORGE TOWN KY
2/8/24 3:46 PM

**TO**
LIM HOCK SENG
NICHOLAS@VIRTUECAP.NET
321 DORCY DRIVE, INDUSTRIAL PA
GEORGE TOWN, KY 99999
1

↓ View travel history


**MORE OPTIONS**

Check For Delivery Options ⌄

## Commodity Information ⌃

**COUNTRY OF MANUFACTURING**
US

**HARMONIZED CODE(S)**

**DESCRIPTION**
U.S. V. 193,169.0653 USDT SEIZED FROM BINANCE ET A

**COUNTRY OF MANUFACTURING**

**HARMONIZED CODE(S)**

**DESCRIPTION**
L

## Shipment facts ⌃

 Shipment overview

**TRACKING NUMBER**   775076983139

**SHIPPER REFERENCE**   USAMA-ARU

**SHIP DATE** ⑦   2/5/24

**STANDARD TRANSIT** ⑦   2/7/24 before 6:00 PM

 Services

**SERVICE**   FedEx International Priority

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday

 Package details

**WEIGHT**   3 lbs / 1.36 kgs

**TOTAL PIECES**   1

PACKAGING   Your Packaging

↑ Back to to

# Travel history

Ascending

Local Scan Time

Monday, 2/5/24

- 2:08 PM
  **Shipment information sent to FedEx**

- 4:00 PM
  **Picked up**
  SOUTH BOSTON, MA

- 7:58 PM
  **Left FedEx origin facility**
  SOUTH BOSTON, MA

- 11:47 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN


- 12:30 AM
  **On the way**
  MEMPHIS, TN

- 3:24 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 3:36 AM
  **On the way**
  MEMPHIS, TN

- 6:14 AM
  **At destination sort facility**
  MIAMI, FL

- 8:36 AM
  **On the way**
  MIAMI, FL

- 10:10 AM
  **On the way**
  MIAMI, FL

- 11:31 AM
  **On the way**
  MIAMI, FL

- 11:35 AM
  **On the way**
  MIAMI, FL

- 11:54 AM
  **On the way**
  MIAMI, FL

- 11:54 AM
  **On the way**
  MIAMI, FL

- 12:05 PM
  **On the way**
  MIAMI, FL

- 2:15 PM
  **International shipment release - Import**
  GEORGE TOWN KY

- 2:15 PM
  **At local FedEx facility**
  GEORGE TOWN KY

- 2:15 PM
  **Delay**
  Package at station, arrived after courier dispatch.
  GEORGE TOWN KY

- 2:15 PM
  **At local FedEx facility**
  GEORGE TOWN KY

- 2:15 PM
  **On the way**
  Package available for clearance



Wednesday, 2/7/24

- 9:03 AM
  **On FedEx vehicle for delivery**
  GEORGE TOWN KY

- 2:34 PM
  **Operational Delay**
  Incorrect address - Apartment/Suite number
  GEORGE TOWN KY

- 2:35 PM
  **Operational Delay**
  Incorrect address - Apartment/Suite number
  GEORGE TOWN KY

Thursday, 2/8/24

- 3:44 PM
  **At local FedEx facility**
  GEORGE TOWN KY

- 3:45 PM
  **Delay**
  Rerouted to revised delivery address
  GEORGE TOWN KY

- 3:46 PM
  **Ready for recipient pickup**
  Package available for pickup at: 321 DORCY DRIVE, INDUSTRIAL PA
  GEORGE TOWN KY

Wednesday, 3/6/24

- 12:42 PM
  **On the way**
  GEORGE TOWN KY

↑ Back to to

All (1)                                                    ⌄

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible





ShopRunner

**LANGUAGE**

 United States

FOLLOW FEDEX     

© FedEx 1995-2024

| | |
|---|---|
| **From:** | USAMA-Asset Recovery Notice |
| **To:** | 13950006006@qq.com |
| **Subject:** | U.S. v. 193,169.0653 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX8768 ON JUNE 19, 2023 et al (1:23-cv-12843-DJC) |
| **Date:** | Tuesday, December 5, 2023 4:35:00 PM |
| **Attachments:** | 01 Complaint with Corrected Affidavit - ECERTIFIED.pdf |
| | 3 Warrant and Monition - ECERTIFIED.pdf |

Good Afternoon,

As Ordered in the attached *certified* copy of the Warrant and Monition, the United States is commanded to give notice to all persons concerned of the Verified Complaint for Forfeiture *in Rem*, which has been filed by the United States of America. A copy of the Verified Complaint for Forfeiture *in Rem*, the Affidavit in Support of the Verified Complaint, and the *certified* copy of the Warrant and Monition are all attached. Accordingly, this email notification will serve as the government's official electronic service upon you, as an interested party to this forfeiture action.

Thank you,

*Marquette Velasquez | FSA-ProMinds Paralegal*
*Asset Recovery Unit | United States Attorney's Office*
*One Courthouse Way, Suite 9200 | Boston, MA 02210*

| | |
|---|---|
| **From:** | Mail Delivery Subsystem |
| **To:** | 13950006006@qq.com |
| **Subject:** | Undeliverable: U.S. v. 193,169.0653 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX8768 ON JUNE 19, 2023 et al (1:23-cv-12843-DJC) |
| **Date:** | Wednesday, December 6, 2023 9:32:57 AM |
| **Attachments:** | U.S. v. 193169.0653 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX8768 ON JUNE 19 2023 et al (123-cv-12843-DJC).msg |

The original message was received at Tue, 5 Dec 2023 21:37:20 GMT
from [10.187.9.62]

   ----- The following addresses had permanent fatal errors -----
<13950006006@qq.com>
   (reason: 550 Host unknown)

   ----- Transcript of session follows -----
550 5.1.2 <13950006006@qq.com>... Host unknown (Name server: qq.com.: host not found)

ORIGIN ID:BVYA  (617) 748-3345
Marquette Velasquez
DEPT OF JUSTICE/EOUSA
1 Courthouse Way suite 9200
US Attorneys Office
Boston, MA 02210
US

SHIP DATE: 05FEB24
ACTWGT: 1.00 LB
CAD: 100065986/INET4535

BILL SENDER
EIN/VAT:

TO Yicheng Wang
    13950006006@qq.com
    23 Lime Tree Bay Ave

**GEORGETOWN, KY1102**
KY

(KY)

1

FedEx
Express

E

AWB

X5 GCMA

TRK#  7750 7629 5328     Form
                         0430

PKG:YOUR PKG

PM
IP EOD
REF: USAMA-ARU
DESC1:U.S. v. 193,169.0653 USDT SEIZED FROM BINANCE ET AL
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

CTRY/TERR MFR: US
CARRIAGE VALUE:
CUSTOM

SIGN: Marquette Velasquez
T/C: S 444609982



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
    *Yicheng Wang*
Street and Apt. No., or PO Box No.
    *23 Lime Tree Bay Ave*
City, State, ZIP+4
    *Cayman Islands*

PS Form 3800, January 2023 PSN 7530-02-000-9047  *See Reverse for Instructions*

The Montre
cases limit
damage to
contract or

FEDE'





FedEx® Tracking


**DELIVERY DETAILS**

We'll add a delivery date as soon as your package starts moving.

`ON TIME`

**DELIVERY STATUS**

Running Late ⚠️

**TRACKING ID**

775076946627 ✏️ ☆ 📋

**FROM**
DEPT OF JUSTICE/EOUSA
MARQUETTE VELASQUEZ
1 COURTHOUSE WAY SUITE 9200 US ATTORNEYS OFFICE
BOSTON, MA US 02210
6177483345

*Label Created*
2/5/24 2:06 PM

**WE HAVE YOUR PACKAGE**
SOUTH BOSTON, MA
2/5/24 4:00 PM



**RUNNING LATE**
GEORGE TOWN KY
3/6/24 12:42 PM

**OUT FOR DELIVERY**
GEORGE TOWN KY
2/7/24 9:03 AM

**READY FOR PICKUP**
GEORGE TOWN KY
2/8/24 3:46 PM

**TO**
YICHENG WANG
13950006006@QQ.COM
321 DORCY DRIVE, INDUSTRIAL PA
GEORGE TOWN, KY 99999
1

↓ View travel history

 **FedEx.** 

Check For Delivery Options ⌄

## Commodity Information ⌃

**COUNTRY OF MANUFACTURING**
US

**HARMONIZED CODE(S)**

**DESCRIPTION**
U S V 193,169 0653 USDT SEIZED FROM BINANCE ET AL

## Shipment facts ⌃

 Shipment overview

**TRACKING NUMBER**   775076946627

**SHIPPER REFERENCE**   USAMA-ARU

**SHIP DATE**    2/5/24

**STANDARD TRANSIT** ?   2/7/24 before 6:00 PM

 Services

**SERVICE**   FedEx International Priority

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday

 Package details

**WEIGHT**   1 lbs / 0.45 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   1 lbs / 0.45 kgs

**PACKAGING**   Your Packaging

↑ Back to to

 

Ascending ⌄

Local Scan Time ⌄

Monday, 2/5/24

- 2:06 PM
**Shipment information sent to FedEx**

- 4:00 PM
**Picked up**
SOUTH BOSTON, MA

- 7:58 PM
**Left FedEx origin facility**
SOUTH BOSTON, MA

- 11:47 PM
**Arrived at FedEx hub**
MEMPHIS, TN


- 1:10 AM
  **On the way**
  MEMPHIS, TN

- 3:24 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 3:36 AM
  **On the way**
  MEMPHIS, TN

- 6:14 AM
  **At destination sort facility**
  MIAMI, FL

- 8:36 AM
  **On the way**
  MIAMI, FL

- 10:10 AM
  **On the way**
  MIAMI, FL

- 11:31 AM
  **On the way**
  MIAMI, FL

- 11:35 AM
  **On the way**
  MIAMI, FL

- 11:54 AM
  **On the way**
  MIAMI, FL

- 11:54 AM
  **On the way**
  MIAMI, FL

- 12:05 PM
  **On the way**
  MIAMI, FL

- 2:15 PM
  **International shipment release - Import**
  GEORGE TOWN KY

- 2:15 PM
  **At local FedEx facility**
  GEORGE TOWN KY

- 2:15 PM
  **Delay**
  Package at station, arrived after courier dispatch.
  GEORGE TOWN KY

- 2:15 PM
  **At local FedEx facility**
  GEORGE TOWN KY

- 2:15 PM
  **On the way**
  Package available for clearance

 

Wednesday, 2/7/24

- 9:03 AM
  **On FedEx vehicle for delivery**
  GEORGE TOWN KY

- 2:34 PM
  **Operational Delay**
  Incorrect address - Apartment/Suite number
  GEORGE TOWN KY

- 2:35 PM
  **Operational Delay**
  Incorrect address - Apartment/Suite number
  GEORGE TOWN KY

Thursday, 2/8/24

- 3:44 PM
  **At local FedEx facility**
  GEORGE TOWN KY

- 3:45 PM
  **Delay**
  Rerouted to revised delivery address
  GEORGE TOWN KY

- 3:46 PM
  **Ready for recipient pickup**
  Package available for pickup at: 321 DORCY DRIVE, INDUSTRIAL PA
  GEORGE TOWN KY

Wednesday, 3/6/24

- 12:42 PM
  **On the way**
  GEORGE TOWN KY

↑ Back to to

All (1)                                                    ⌄

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible





ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2024

Site Map | Terms of Use | Privacy & Security

Dec 12, 2023

BINANCE TEAM MEMBER

Hello,

Thank you for submitting a request with Binance.

Your case will be reviewed shortly and we will be getting back to you as soon as possible.

We appreciate your cooperation.

Sincerely,
Binance Case Team

Disclaimer: Any documents and/or information provided by Binance are done so on a confidential and voluntary basis as part of its ongoing commitment to cooperate with law enforcement agencies. Binance requests agencies not to use the information provided by Binance for any other purposes apart from the strict handling of this particular investigation as required by the laws of the requesting jurisdiction. Binance strives to protect our customer's privacy and therefore requests that the information we provide be treated with confidentiality in accordance with applicable laws in the requesting jurisdiction. Binance makes no representations and gives no warranties of whatever nature in respect of the documents and/or information provided, including but not limited to its timeliness, accuracy, or completeness. Binance will not be held liable for the use or reliance upon any documents and/or information provided.

✓ Accepted Request  09:58 AM

Greetings SA Heidi Robles,

The document was well received. Thank you for the information.

Regards,

Eduardo
Binance Case Team

The status for this case will be changed to "Completed" for the time being.

However, rest assured you may always reach out to us through this chat should you have any questions.

Thank you,

Binance Case Team

# Attachments

## Uploaded Files



3_Warrant and Monition - EC...
214.3 KB | application/pdf

CLOSE     DOWNLOAD