UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>  v.<br><br>193,169.0653 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX8768 ON JUNE 19, 2023; AND<br><br>11,146.8079 USDT AND 18.9649 BTC SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID XXXX1519 ON JUNE 19, 2023,<br><br>   Defendants *in Rem.* | Civil No. 23-CV-12843-DJC |

## DECLARATION OF RAQUELLE L. KAYE

I, Raquelle L. Kaye, make the following declaration:

1. I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action *in rem* for forfeiture of the defendant property, described as 193,169.0653 USDT seized from Binance account associated with User ID ending in 8768 on June 19, 2023; and 11,146.8079 USDT and 18.9649 BTC seized from Binance account associated with User ID ending in 1519 on June 19, 2023 (the "Defendant Property").

2. This action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. As described in the Affidavit of Heidi L. Robles, United States Secret Service Special Agent, attached as Exhibit A to the Verified Complaint for Forfeiture *in Rem* (the

1

"Complaint") in this case, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it represents property, real or personal, which constitutes or is derived from proceeds traceable to a scheme to defraud in violation of 18 U.S.C. § 1343 (Wire Fraud). The Defendant property is also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) as property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(a)(1)(B)(i), or any property traceable to such property.  The Defendant Property represents proceeds of, and property involved in, an online cryptocurrency investment scam.

4. The Complaint was filed on November 21, 2023.  *See* Docket No. 1.

5. This Court issued a Warrant and Monition on December 4, 2023, directing the United States to give notice to all persons concerned that the Complaint had been filed and to arrest and retain the Defendant Property in its custody.  *See* Docket No. 3.

6. Publication of the Complaint and Warrant and Monition was made via the government website www.forfeiture.gov for thirty consecutive calendar days beginning on December 6, 2023 and completing on January 4, 2024.  The Declaration of Publication was filed on April 4, 2024.  *See* Docket No. 4.

7. All parties who may have had an interest in the Defendant Property (Victim-1, Victim-2, R.V., L.S., Y.W. and Binance) were served with a certified copy of the Warrant and Monition and a copy of the Complaint by certified mail or by other reasonable means, such as electronic service and/or FedEx.  The Declaration of Raquelle L. Kaye Regarding Service of Process was filed on April 4, 2024.  *See* Docket No. 5.

8. Under Rules G(5)(a)(ii)(A)-(B) and G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any person asserting an interest in

2

the Defendant Property was required to file a claim within thirty-five (35) days after direct notice was sent, or sixty (60) days after the first day of publication of notice on www.forfeiture.gov, and then was required to file an answer within twenty-one (21) days after filing their claim.

9. To date, no claims to the Defendant Property or answers to the Complaint have been filed, and the time for filing such claims and answers has expired.

10. To the best of my knowledge, and upon information and belief, no one with an interest in the Defendant Property is in the military service of the United States, is an infant, or is incompetent.[1]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.   Executed this 4th day of April 2024, in Boston, Massachusetts.

/s/ Raquelle L. Kaye
RAQUELLE L. KAYE
Assistant United States Attorney

---

[1] To determine military status, the United States is able to query the Department of Defense Manpower Data Center using an individual's full name and either their Social Security Number or their date of birth.   Upon information and belief, two parties with a potential interest in the property are not U.S. citizens.   The other parties with a potential interest in the property provided the necessary information in petitions for remission sent to the U.S. Attorney's Office.