UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 23-CV-12843-DJC |
| | ) | |
| 193,169.0653 USDT SEIZED FROM | ) | |
| BINANCE ACCOUNT ASSOCIATED | ) | |
| WITH USER ID XXXX8768 | ) | |
| ON JUNE 19, 2023; AND | ) | |
| | ) | |
| 11,146.8079 USDT AND 18.9649 BTC | ) | |
| SEIZED FROM BINANCE ACCOUNT | ) | |
| ASSOCIATED WITH USER | ) | |
| ID XXXX1519 ON JUNE 19, 2023, | ) | |
| | ) | |
| Defendants *in Rem.* | ) | |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff, United States of America, for an order of Default

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against all persons claiming an

interest in the *in rem* defendant described as 193,169.0653 USDT seized from Binance account

associated with User ID ending in 8768 on June 19, 2023; and 11,146.8079 USDT and 18.9649

BTC seized from Binance account associated with User ID ending in 1519 on June 19, 2023 (the

"Defendant Property"), for failure to file a claim or defend as provided by Rules G(5)(a)(ii)(A)-

(B) and G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, notice is hereby given that any potential Claimants have been defaulted on this date.

Robert M. Farrell,

Clerk, U.S. District Court
District of Massachusetts

Date: _____     By: _____

Deputy Clerk